# AFFIDAVIT OF SERVICE

| Case: 1:26-cv-00067-JPJ-PMS | Court: UNITED STATE DISTRICT COURT WESTERN VIRGINIA | County: | Job: 16371014 |
|---|---|---|---|
| Plaintiff / Petitioner: Tate Access Floors, Inc. | | Defendant / Respondent: ATC Family Transport, Inc | |
| Received by: Patriot Process Service | | For: Seaton & Husk, L.P. | |
| To be served upon: ATC Family Transport, Inc,/#1 A+ Agents of Process, Inc. | | | |

I, Kirk Hilliard, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Robert Walker, Esquire, Registered Agent for ATC Family Transport, Inc,/#1 A+ Agernts of Process, Inc.
709 Old Hunt Way
Herndon, VA 20170

**Manner of Service:** Personal/Individual, Jul 21, 2026, 5:47 pm EDT

**Documents:** Summons In A Civil Action;
Complaint;
Civil Cover Sheet

**Additional Comments:**

1) Unsuccessful Attempt: Jul 18, 2026, 12:44 pm EDT at 709 Old Hunt Way, Herndon, VA 20170
Knocked and/or Rang Door Bell several times. No Answer. Newspapers in driveway. Mr. Walker has not returned from his trip.

2) Unsuccessful Attempt: Jul 18, 2026, 12:45 pm EDT at 709 Old Hunt Way, Herndon, VA 20170
Knocked and/or Rang Door Bell several times. No Answer. Newspapers in driveway. Mr. Walker has not returned from his trip.

3) Unsuccessful Attempt: Jul 20, 2026, 11:23 am EDT at 709 Old Hunt Way, Herndon, VA 20170
Defendant/Recipient not at home/office at this time. Mrs. Walker said Mr. Walker is in Richmond today and will be home tomorrow

4) Successful Attempt: Jul 21, 2026, 5:47 pm EDT at 709 Old Hunt Way, Herndon, VA 20170 received by Robert Walker, Esquire, Registered Agent for ATC Family Transport, Inc,/#1 A+ Agernts of Process, Inc.. Age: 70; Ethnicity: Caucasian; Gender: Male; Weight: 175; Height: 5'11"; Hair: Gray;

Recipient accepted paperwork personally.

July 27, 2026
Kirk Hilliard — Date

Patriot Process Service
3900 Jermantown Rd Suite 300
Fairfax, VA 22030
703-385-5300

State/Commonwealth of VIRGINIA
☐ City ☒ County of PRINCE WILLIAM

*Subscribed and sworn to before me by the affiant who is peronsally known to me.*

Notary Public

| Date | Commission Expires | Reg. No. |
|---|---|---|
| July 27, 2026 | October 31, 2027 | 173948 |

Charles T. Proffitt
Commonwealth of Virginia
Notary Public
Commission No. 173948
My Commission Exp.10/31/2027